**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-61386-ALTMAN**

**FABIAN ANDRES FERNANDEZ SALCEDO**,

 *Petitioner*,

*v.*

**ICE ACTING DIRECTOR**, *et al.*,

 *Respondents.*

_____/

## <u>ORDER</u>

The Petitioner, Fabian Andres Fernandez Salcedo, has filed an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 8], challenging his continued detention in the custody of U.S. Immigration and Customs Enforcement. Salcedo has also paid the Clerk's filing fee of $5.00. *See* Clerk's Notice of Receipt [ECF No. 5]. We therefore **ORDER AND ADJUDGE** as follows:

1. Assuming that counsel for the Government ("the Respondent") has not already done so, within **three (3) days** from the date of this Order, the Respondent shall file a written Notice, which shall provide:

> a) the name and address of the attorney within the United States Attorney's Office to whom this case has been assigned; and
>
> b) documentation showing that this attorney has requested any records that might be relevant to the Petitioner's claims.

2. By **June 17, 2026**, the Respondent shall file a Response Memorandum of fact and law, explaining *exactly* why the Petition should not be granted. The Response Memorandum must address all procedural and merits-based issues pertinent to the Petitioner's claim(s). In doing so, the Response Memorandum must be accompanied by a comprehensive appendix, which shall include copies of all

relevant exhibits. The Respondent shall file the Response, the appendix, and its exhibits simultaneously. If the Respondent can't do this simultaneously, then it shall file a Motion for Extension of Time, in which it shall explain precisely why an extension is necessary.

3.      Indeed, *any* motion for an extension of time must explain precisely why the extension is necessary. So, for instance, any motion seeking an extension of time on the ground that the Respondent was unable to procure the necessary immigration records must document both (1) the Respondent's timely request for the documents and (2) the relevant court's explanation as to why the records are missing. Any such motion must also set forth the day on which the Respondent *expects* to receive such records.

4.      The Respondent must give the Petitioner complete copies of *any* documents it filed in support of its Response.

5.      The Petitioner need not file a Reply. But, if the Petitioner does reply, the Petitioner must do so within **fourteen (14) days** from the day on which the Respondent filed its Response. Any reply must comply with the Local Rules for the Southern District of Florida and may not exceed **ten (10) pages** in length.

    **DONE AND ORDERED** in the Southern District of Florida on May 28, 2026.

                                                                                          _____

                                                                                          **ROY K. ALTMAN**
                                                                                          **UNITED STATES DISTRICT JUDGE**

cc:     Fabian Andres Fernandez Salcedo, *pro se*

         Noticing 2241/Bivens U.S. Attorney
         Email: usafls-2255@usdoj.gov

         Noticing INS Attorney
         Email: usafls-immigration@usdoj.gov

2